IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.    : | CRIMINAL NO. 11-100 |
| : | |
| WAYNE WATERS : | |

## ORDER

**AND NOW**, this 14th day of July, 2011, upon consideration of Defendant's "Motion for a Franks Hearing and Motion to Suppress" (Docket No. 19), all documents filed in connection thereto, and the Hearing held on June 7 and 8, 2011, **IT IS HEREBY ORDERED** as follows:

1. The Motion for a Franks Hearing was **GRANTED** on the record on June 7, 2011 and that Hearing was held on June 7-8, 2011.

2. The Motion to Suppress is **DENIED**.

BY THE COURT:

  S/ JOHN R. PADOVA
John R. Padova, J.