IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION NO. 13-115 |
| v. | : | |
| WAYNE WATERS | : | CRIMINAL ACTION NO. 11-100 |

## **ORDER**

**AND NOW**, this 31st day of July, 2013, upon consideration of Wayne Waters's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Crim. Docket No. 45), all documents filed in connection therewith, and the Hearing held on June 5, 2013, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**. As Waters has failed to make a substantial showing of the denial of a constitutional right, there is no basis for the issuance of a certificate of appealability. The Clerk is directed to **CLOSE** Civil Action No. 13-115.

BY THE COURT:

/s/ John R. Padova

_____
John R. Padova, J.